AO93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>Facebook Account of rick.drake.315 (Facebook UID: 100004306001723) stored at premises controlled by Meta Platforms, Inc a company headquartered in Menlo Park, California. | Case No. 23-04340 MB |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachment A**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B**

**YOU ARE COMMANDED** to execute this warrant on or before   December 27, 2023   *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to any United States Magistrate Judge on criminal duty in the District of Arizona.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for   30   days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   December 13, 2023     **Camille D Bibles**  Digitally signed by Camille D Bibles
Date: 2023.12.13 13:51:50 -07'00'
_____
*Judge's signature*

City and state: Flagstaff, Arizona     Honorable Camille D. Bibles, U.S. Magistrate Judge
*Printed name and title*

# Attachment A

## Property to be searched

This warrant applies to information associated with the following Facebook account that is stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc., a company headquartered in Menlo Park, California:

rick.drake.315 – Facebook UID: 100004306001723

## ATTACHMENT B

## ITEMS TO BE SEIZED

### I. Information to be disclosed by Meta Platforms, Inc. ("Meta")

To the extent that the information described in Attachment A is within the possession, custody, or control of Meta, regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Meta, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Meta is required to disclose the following information to the government for the user ID listed in Attachment A:

(a) All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers; and

(b) All other records and contents of communications and messages made or received by the user April 29, 2023, to September 26, 2023, including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests.

Meta is hereby ordered to disclose the above information to the government within 14 days of issuance of this warrant.

### II. Information to be seized by the United States Government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. 1153 (Crimes on an Indian Reservation/CIR), 18 U.S.C. 2111 and 2, and 924(c)(1)(A) and 2, involving Rick Drake and Clarissa Keams, including, for the user ID identified on Attachment A, information pertaining to the following matters:

(a) The subject's engagement in the armed robbery of the Pic-N-Run Convenience Store.

(b) Possession, use or ownership of a firearm and/or ammunition.

(c) Tools, methods, or instruments used to facilitate the transfer of a firearm between Clarissa Keams and Rick Drake.

(d) Communications, messages, conversations, photos, videos, locations, maps, routes, schedules, calendars, travel information or other information related to the planning of or the execution of the armed robbery and the transfer of firearms between Clarissa Keams and Rick Drake.

(e) Communications, messages, conversations, photos, videos, locations, or other information related to the accounts listed in Attachment A as it pertains to the

armed robbery of the Pic-N-Run Convenience Store and the transfer of firearms between Clarissa Keams and Rick Drake.

(f) Photographs, videos, or other digital content depicting the identified subjects, victim and/or their associates in possession of the tools, weapons or instrumentalities used in the armed robbery of the Pic-N-Run Convenience Store.

(g) Records indicating indicia of rental, ownership, or use of any vehicles.

(h) Notes, documents, or communications containing names and contact information of associates of user of the account listed in Attachment A.

(i) Records relating to who created, used, or communicated with the User ID, including records about their identities and whereabouts.

(j) Location information, to include GPS information.

(k) Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

(l) Evidence indicating the Facebook Instagram account owner's state of mind as it relates to the crime under investigation; and

(m) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

AO 106 Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>Facebook Account of rick.drake.315 (Facebook UID: 100004306001723) stored at premises controlled by Meta Platforms, Inc a company headquartered in Menlo Park, California. | Case No.   23-04340 MB |

## APPLICATION FOR A SEARCH WARRANT

I, SA Brian S. McGrew, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property:

**As further described in Attachment A**

located in the __Northern__ District of __California__, there is now concealed:

**As set forth in Attachment B**

The basis for the search under Fed. R. Crim. P. 41(c) is:
☒ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code/Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2111 & 2 | Robbery, Aid and Abet |
| 18 U.S.C. §§ 924(c)(1)(A) & 2 | Use of a Firearm During a Crime of Violence, Aid and Abet |

The application is based on these facts:

**See attached Affidavit of Special Agent Daniel F. Baker**

☒ Continued on the attached sheet.
☐ Delayed notice of _30_ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by AUSA W. Vinnie Lichvar
*WL*

*Applicant's Signature*

Brian S. McGrew, FBI Special Agent
*Printed name and title*

Sworn to telephonically.

Date: December 13, 2023

Camille D Bibles
Digitally signed by Camille D Bibles
Date: 2023.12.13 13:44:54 -07'00'

*Judge's signature*

City and state: Flagstaff, Arizona

Honorable Camille D. Bibles, U.S. Magistrate Judge
*Printed name and title*

# Attachment A

## Property to be searched

This warrant applies to information associated with the following Facebook account that is stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc., a company headquartered in Menlo Park, California:

rick.drake.315 – Facebook UID: 100004306001723

## ATTACHMENT B

## ITEMS TO BE SEIZED

### I. Information to be disclosed by Meta Platforms, Inc. ("Meta")

To the extent that the information described in Attachment A is within the possession, custody, or control of Meta, regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Meta, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Meta is required to disclose the following information to the government for the user ID listed in Attachment A:

(a) All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers; and

(b) All other records and contents of communications and messages made or received by the user April 29, 2023, to September 26, 2023, including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests.

Meta is hereby ordered to disclose the above information to the government within 14 days of issuance of this warrant.

### II. Information to be seized by the United States Government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. 1153 (Crimes on an Indian Reservation/CIR), 18 U.S.C. 2111 and 2, and 924(c)(1)(A) and 2, involving Rick Drake and Clarissa Keams, including, for the user ID identified on Attachment A, information pertaining to the following matters:

(a) The subject's engagement in the armed robbery of the Pic-N-Run Convenience Store.

(b) Possession, use or ownership of a firearm and/or ammunition.

(c) Tools, methods, or instruments used to facilitate the transfer of a firearm between Clarissa Keams and Rick Drake.

(d) Communications, messages, conversations, photos, videos, locations, maps, routes, schedules, calendars, travel information or other information related to the planning of or the execution of the armed robbery and the transfer of firearms between Clarissa Keams and Rick Drake.

(e) Communications, messages, conversations, photos, videos, locations, or other information related to the accounts listed in Attachment A as it pertains to the

armed robbery of the Pic-N-Run Convenience Store and the transfer of firearms between Clarissa Keams and Rick Drake.

(f) Photographs, videos, or other digital content depicting the identified subjects, victim and/or their associates in possession of the tools, weapons or instrumentalities used in the armed robbery of the Pic-N-Run Convenience Store.

(g) Records indicating indicia of rental, ownership, or use of any vehicles.

(h) Notes, documents, or communications containing names and contact information of associates of user of the account listed in Attachment A.

(i) Records relating to who created, used, or communicated with the User ID, including records about their identities and whereabouts.

(j) Location information, to include GPS information.

(k) Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

(l) Evidence indicating the Facebook Instagram account owner's state of mind as it relates to the crime under investigation; and

(m) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Brian S. McGrew, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. As detailed herein, there is probable cause to believe that on or about April 29, 2023, within the confines of the Navajo Indian Reservation in the District of Arizona, Rick Drake (Drake) aided and abetted Clarissa Keams (Keams) with the armed robbery of the Pic-N-Run Convenience Store in Leupp, Arizona, in violation of Title 18, United States Code (U.S.C.), Sections 1153, 2111, 924(c)(1)(A), and 2. I make this affidavit in support of my investigation into the armed robbery and request a search warrant for information associated with the Facebook account for Drake, Facebook Username: rick.drake.315, Facebook UID: 100004306001723, (Target Account).

2. This information is stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc. (Meta), a company headquartered in Menlo Park, California. The information to be searched and seized is described below and in Attachments A and B. I request a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), and 2703(c)(1)(A), to require Meta to disclose to the government records and other information in its possession, pertaining to the subscriber or customer associated with the user ID.

3. I am a graduate of the FBI Academy in Quantico, Virginia. I have been employed with the FBI since February 2005. I am currently assigned to the FBI Phoenix Division – Flagstaff Resident Agency, and have primary investigative responsibility in Indian Country matters, including violent crimes such as homicide, armed robbery, sexual assault, and aggravated assault. I am trained in various aspects of law enforcement, including searching and seizing digital media to include telephone and social media

content. In addition, I have been involved in multiple investigations in which digital media, including telephones and social media accounts, have been seized, searched, and forensically examined.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, officers, investigators, and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested warrant, and therefore, it does not set forth all my knowledge about this matter.

## PROBABLE CAUSE

### The Investigation

5. On April 29, 2023, at approximately 6:32 a.m., Drew Dixon, a clerk at the Pic-N-Run gas station in Leupp, Arizona on the Navajo Nation Indian Reservation, called the Navajo Division of Public Safety (NDPS) – Dilkon District Dispatch to report that the gas station had been robbed at gunpoint by a female. A Dilkon Police Department (DPD) Sergeant responded to the gas station at approximately 7:09 a.m. to interview the gas station employees. The two employees present at the time of the robbery were interviewed. During their interviews, they told the DPD Sergeant that the female suspect had pointed a shotgun at them and stole cash from the registers. They stated that the suspect left the gas station in a Blue Dodge Caravan that was driven by a male.

6. DPD Officers found the Blue Dodge Caravan parked outside Drake's residence. Keams was arrested by tribal law enforcement officers near that residence as a robbery suspect. Keams was released from custody approximately 48 hours later.

7. Keams was subsequently interviewed by special agents with the FBI. During this interview, Keams admitted that she robbed the gas station. She stated that Drake drove her to the gas station in the Blude Dodge Caravan. She stated that Drake gave her the

2

shotgun to rob the gas station convenience store. She stated that after she robbed the store, Drake drove her back to his residence and then drove away in a pickup truck.

8.  Keams and Drake were indicted on September 26, 2023, for CIR-Robbery, Aiding and Abetting, in violation of 18 U.S.C. §§ 1153, 2111, and 2, and Use of a Firearm During a Crime of Violence, Aiding and Abetting, in violation of 18 U.S.C. §§ 924(c)(1)(A) and 2.

9.  On November 20, 2023, Keams pled guilty to CIR-Robbery, Aiding and Abetting, in violation of 18 U.S.C. §§ 1153, 2111, and 2 in the United States District Court, District of Arizona.

10. Keams was interviewed again on November 21, 2023. During this interview, Keams stated that after she was released from custody by tribal law enforcement following the robbery, Drake sent her communications via Facebook Messenger asking her about what she told law enforcement and what she was charged with related to the robbery.

11. A jury trial for United States v. Rick Drake is currently set on January 2, 2024, in the United States District Court, District of Arizona.

12. FBI Investigators determined that Drake has a Facebook account under username rick.drake.315, corresponding with Facebook account number 100004306001723.

13. The purpose of this search warrant is to obtain any and all of the Facebook messages exchanged between Keams and Drake related to the above-described armed robbery.

3

**Technological Background**

14. Meta owns and operates Facebook, a free-access social networking website that can be accessed at http://www.facebook.com. Facebook users can then use their accounts to share communications, news, photographs, videos, and other information with other Facebook users, and sometimes with the public.

15. Meta asks Facebook users to provide basic contact and personal identifying information to Facebook, either during the registration process or thereafter. This information may include the user's full name, birth date, gender, contact e-mail addresses, Facebook passwords, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. Each Facebook user is assigned a user identification number and can choose a username.

16. Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network. Facebook assigns a group identification number to each group. A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request." If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other. Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

17. Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts. By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to select Facebook users, or to anyone with access to the Internet, including people who are not Facebook users. A Facebook user can also create "lists" of Facebook friends to

4

facilitate the application of these privacy settings. Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

18. Facebook users can create profiles that include photographs, lists of personal interests, and other information. Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet. Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. In addition, Facebook users can either "check in" to specific locations, or add their geographic locations to their Facebook posts, thereby revealing their geographic locations on specific dates and times. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

19. Facebook allows users to upload photos and videos, which may include any metadata such as location that the user transmitted when s/he uploaded the photo or video. It also provides users the ability to "tag" (i.e., label) other Facebook users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video. For Facebook's purposes, the photos and videos associated with a user's account will include all photos and videos uploaded by that user that have not been deleted, as well as all photos and videos uploaded by any user that have that user tagged in them.

20. Facebook users can use Facebook Messenger to communicate with other users via text, voice, video. Meta retains instant messages and certain other shared Messenger content, unless deleted by the user. and retains transactional records related to

voice and video chats. of the date of each call. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile. Facebook also has Video and Voice Calling features, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

21.     If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

22.     Facebook has a "like" feature that allows users to give positive feedback or connect to specific pages. Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (i.e., non-Facebook) websites. Facebook users can also become "fans" of specific Facebook pages.

23.     Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

24.     Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present. The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend. The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

25.     Facebook also has a Marketplace feature, which allows users to post free classified ads. Users can post items for sale, housing, jobs, and other items on the Marketplace.

26.     In addition to the applications described above, Facebook also provides its users with access to thousands of other applications ("apps") on the Facebook platform. 32

When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

27.  Meta also retains records of which IP addresses were used by an account to log into or out of Facebook, as well as IP address used to take certain actions on the platform. For example, when a user uploads a photo, the user's IP address is retained by Meta along with a timestamp.

28.  Meta retains location information associated with Facebook users under some circumstances, such as if a user enables "Location History," "checks-in" to an event, or tags a post with a location.

29.  Social networking providers like Meta typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number). In some cases, Facebook users may communicate directly with Meta about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Meta typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user because of the communications.

30.  As explained herein, information stored in connection with a Facebook account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion. In my training and experience, a Facebook user's IP log, stored electronic communications, and other data retained by Meta, can indicate who has used or controlled the Facebook account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while

7

executing a search warrant at a residence. For example, profile contact information, private messaging logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Facebook account at a relevant time. Further, Facebook account activity can show how and when the account was accessed or used. For example, as described herein, Meta logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information allows investigators to understand the geographic and chronological context of Facebook access, use, and events relating to the crime under investigation. Additionally, location information retained by Meta may tend to either inculpate or exculpate the Facebook account owner. Last, Facebook account activity may provide relevant insight into the Facebook account owner's state of mind as it relates to the offense under investigation. For example, information on the Facebook account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

31. Therefore, the computers of Meta are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

32. I anticipate executing this warrant under the Electronic Communications Privacy Act, 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Meta to disclose to the government copies of the records and other information

8

(including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B-1, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

33. Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant. The government will execute this warrant by serving it on Meta. Because the warrant will be served on Meta, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

34. In light of the aforementioned evidence regarding about the robbery, sufficient probable cause exists to believe that there are Facebook messages in the Target Account related to the robbery. For these reasons, I am requesting information set forth in Attachments A and B for the period covering April 29, 2023, through September 26, 2023. This time-period encompasses time from the date of the robbery to the date that Keams was taken into custody by the FBI.

## **CONCLUSION**

35. Based upon my training and experience, consultation with other special agents and law enforcement officers, and the facts as set forth in this affidavit, there is sufficient probable cause to believe that CIR-Robbery, Aiding and Abetting, in violation of 18 U.S.C. §§ 1153, 2111, and 2, and Use of a Firearm During a Crime of Violence, Aiding and Abetting, in violation of 18 U.S.C. §§ 924(c)(1)(A) and 2 were committed, and that evidence of these crimes will be found in Attachment A for the evidence and information described in Attachment B.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 12th day of December, 2023

BRIAN S. MCGREW
Special Agent, Federal Bureau of Investigation

Subscribed and sworn to telephonically, this 13 day of December, 2023.

Camille D Bibles
Digitally signed by Camille D Bibles
Date: 2023.12.13 13:27:59 -07'00'

HONORABLE CAMILLE D. BIBLES
United States Magistrate Judge, District of Arizona